# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DUANE EARL FANNING, III (AIS # 263799) ) ) ) Plaintiff, ) ) vs. ) ) COI J. BULLARD, ) ) Defendant. ) | CIVIL ACTION NO. 13-0539-CG-C |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation (Doc. 3) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 11, 2014, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 10th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE