# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DUANE EARL FANNING, III (AIS # 263799) | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 13-0539-CG-C<br>) |
| COI J. BULLARD, | )<br>) |
| Defendant. | ) |

## JUDGMENT

Accordingly, it is **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff Fanning's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED**, that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that action is counted as a strike for purposes of future IFP eligibility under § 1915(g), in that it is malicious.

**DONE and ORDERED** this 10th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE